# EXHIBIT A

# THE FRUIT COMPANY

# INVOICE

Bill To.  The Fruit Club
The Fruit Club
P.O. Box 87940
Sioux Falls, SD 57104

Date 07/14/2017
Customer # 700022451
Invoice # 869208
Payment Terms C-Net 07 Days

| Item # | Item Description | PO Number | Quantity | Unit Price | Discount | Shipping | Ext. Price |
|--------|------------------|-----------|----------|------------|----------|----------|------------|
|        | Recipient Name   | Tracking Number | | | | | |
| WCR010 | 10 lbs field pick Rainier cherries | | 784 | $ 16.00 | $ 0.00 | $ 0.00 | $ 12,544.00 |
|        | The Fruit Club   |           |          |            |          |          |            |
| WCD010 | 10 lbs field pick Dark Sweet cherries | | 1,232 | $ 13.70 | $ 0.00 | $ 0.00 | $ 16,878.40 |
|        | The Fruit Club   |           |          |            |          |          |            |
| WCD020 | 20 lbs field pick Dark Sweet cherries | | 384 | $ 27.40 | $ 0.00 | $ 0.00 | $ 10,521.60 |
|        | The Fruit Club   |           |          |            |          |          |            |

| | |
|---|---|
| Total Before Discount | $ 39,944.00 |
| Discount | $ 0.00 |
| Total Shipping | $ 0.00 |
| Order Total | $ 39,944.00 |
| Down Payment | $ 0 00 |
| Paid To Date | $ 0.00 |
| Balance Due | $ 39,944.00 |

Payable To·  The Fruit Company
2900 Van Horn Drive
Hood River, OR 97031

Questions? (541) 387-3100
-or-
invoicing@thefruitcompany.com

# BILL OF LADING

**Palletized Trailer Load Configuration**

## Ship From
Name: The Fruit Company
Address: 2900 Van Horn Drive
City/St/Zp: Hood River, OR 97031

## Ship To
Name: THE FRUIT CLUB
Address: 515 N Garfield Circle
City/St/Zp: Sioux Falls SD

## Freight Charges Bill To
Name:
Address:
City/St/Zp:

Page 1 of 1
Bill of Lading Number: 20170714WO
Trailer Number: LB3003
Seal Number: 1092587
Date: July-14-2017
Time: 15:00
Carrier Name: Logistics Buddy
Trailer Inspection by: J. Stoddard

### Special Instructions
**KEEP REFRIGERATED AT 33 DEGREES FAHRENHEIT**

### Freight Charge Terms
Freight charges are prepaid unless marked otherwise
- Prepaid:
- Collect:
- Third Party: ✓

### Trailer Nose / Trailer Tail (Palletized Trailer Load Configuration)

| 48" Side | 40" Side |
|---|---|
| 10 DS | 10 R |
| 10 B | 10 DS |
| 10 DS | 10 DS |
| 10 DS | 10 DS |
| 10 DS | 10 R |
| 10 DS | 10 DS |
| 10 DS | 10 R |
| 10 R | 10 R |
| 10 R | 20 DS |
| 20 RDS | 20 RDS |
| 10 DS | 20 DS |
| 20 DS | 10 DS |
| 10 DS | |
| | 20 DS |

### Truckload / LTL

| Handling Unit Qty | Type | Package Qty | Type | Weight | UM | Commodity Description | Class |
|---|---|---|---|---|---|---|---|
| 11 | Pallets | 1,232 | Cases | 13,860 | lbs. | Dark Sweet Cherries - 10lb Box | |
| 6 | Pallets | 384 | Cases | 8,456 | lbs. | Dark Sweet Cherries - 20lb Box | |
| 7 | Pallets | 784 | Cases | 8,820 | lbs. | Rainier Cherries - 10lb Box | |
| 24 | | 2,400 | | 31,136 | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared values of the property as follows

The agreed or declared value of the property is specifically stated by the shipper to be not exceeding:
$4,000 per Pallet

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

**Shipper Signature**: JAVIER M.  **Date**: 7-14-17

| COD Amount | Trailer Loaded by | Freight Counted by | |
|---|---|---|---|
| Amount | Shipper | Shipper | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has DOT emergency response guidebook or equivalent documentation. |
| Cust. Check | Driver (Dvr.) | Dvr (# Pal) | |

Acceptable

**Driver Signature**: [signature] **Date**: 7-14-17
Dvr (# Pcs)

# THE FRUIT COMPANY

# INVOICE

Bill To:
The Fruit Club
The Fruit Club
P.O. Box 87940
Sioux Falls, SD 57104

Date: 07/18/2017
Customer #: 700022451
Invoice #: 869376
Payment Terms: C-Net 07 Days

| Item # | Item Description | PO Number | Quantity | Unit Price | Discount | Shipping | Ext. Price |
|---|---|---|---|---|---|---|---|
| | Recipient Name | Tracking Number | | | | | |
| WCD020 | 20 lbs field pick Dark Sweet cherries | | 1,728 | $ 19.00 | $ 0.00 | $ 0.00 | $ 32,832.00 |
| | The Fruit Club | | | | | | |

| | |
|---|---|
| Total Before Discount | $ 32,832.00 |
| Discount | $ 0.00 |
| Total Shipping | $ 0.00 |
| Order Total | $ 32,832.00 |
| Down Payment | $ 0.00 |
| Paid To Date | $ 0.00 |
| Balance Due | $ 32,832.00 |

Payable To:
The Fruit Company
2900 Van Horn Drive
Hood River, OR 97031

Questions? (541) 387-3100
-or-
invoicing@thefruitcompany.com

Page 1 of 1

# BILL OF LADING

**Palletized Trailer Load Configuration**

## Ship From
Name: The Fruit Company
Address: 2900 Van Horn Drive
City/St/Zp: Hood River, OR 97031

## Ship To
Name: The Fruit Club
Address: 515 N. Garfield Cir.
City/St/Zp: Sioux Falls, SD 57104

## Freight Charges Bill To
Name:
Address:
City/St/Zp:

Page 1 of 1
Bill of Lading Number: 20170718WO
Trailer Number: 21
Seal Number: 2121207

Date: July-18-2017
Time:

Carrier Name:
Trailer Inspection by: J. Stoddard

## Special Instructions
**KEEP REFRIGERATED AT 33 DEGREES FAHRENHEIT**

## Freight Charge Terms
Freight charges are prepaid unless marked otherwise
- Prepaid:
- Collect:
- Third Party: ■

## Truckload / LTL

| Handling Unit Qty | Type | Package Qty | Type | Weight | UM | Commodity Description | Class |
|---|---|---|---|---|---|---|---|
| 27 | Pallets | 1,728 | Cases | 38,051 | lbs. | Dark Sweet Cherries - 20lb Box | |
| 27 | | 1,728 | | 38,051 | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared values of the property as follows

The agreed or declared value of the property is specifically stated by the shipper to be not exceeding:
$4,000 per Pallet

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Shipper Signature: [signed] Date: 7-13-17

COD Amount
Amount:
Cust. Check:
Acceptable

Trailer Loaded by: Shipper ■ / Driver (Dvr.):
Freight Counted by: Shipper ■ / Dvr (# Pal):

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has DOT emergency response guidebook or equivalent documentation.

Driver Signature: [signed] Date:
Dvr (# Pcs):

## Palletized Trailer Load Configuration
Trailer Nose

| 48" Side | 40" Side |
|---|---|
| 20DS | 20DS |
| 20DS | 20DS |
| 20DS | |
| | 20DS |
| 20DS | |
| | 20DS |
| 20DS | |
| | 20DS |
| 20DS | 20DS |
| 20DS | 20DS |
| 20DS | |
| | 20DS |
| 20DS | |
| | 20DS |
| | 20DS |
| 20DS | |
| | 20DS |
| 20DS | 20DS |
| 20DS | 20DS |

Trailer Tail